UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RAYMOND BINGHAM,

**ORDER RE: CERTIFICATE OF
APPEALABILITY**

vs.

CV-F-05-1320 OWW/DLB HC

PAUL M. SCHULTZ,

_____/

     Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____     Granted for the following reason:

_____

_____

_____

_____

X     Denied for the following reason:

*NO ISSUE DEBATEABLE AMONG JURISTS OF REASON IS PRESENTED*

_____

_____

Dated:   3-30-06

OLIVER W. WANGER
United States District Judge

Dockets.Justia.com